HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMUD SHARAWE, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 2:21-cv-01466-JHC<br><br>STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT INDIAN HARBOR INSURANCE COMPANY<br><br>**NOTED FOR HEARING: JUNE 14, 2022**<br><br>**CLERK'S ACTION REQUIRED** |

Pursuant to Local Rules for the Western District of Washington 10(g), 83.2(b)(1), and 83.2(b)(2), the parties, by and through their counsel of record, hereby stipulate that counsel of record for defendant Indian Harbor Insurance Company, Alex E. Potente and Laura Hawes Young of Clyde & Co US LLP, may withdraw and substitute counsel, Jessica E. LaLonde and Hari Kumar of Duane Morris LLP, may appear for defendant.

///

///

**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**
**[W.D. WASH. NO. 2:21-CV-01466-JHC]**   - 1-

CLYDE & CO US LLP
150 CALIFORNIA STREET, 15TH FL.
SAN FRANCISCO, CA 94111
(415) 365-9800 FAX (415) 365-9801

1 | DATED this 14th day of June, 2022

**LAW OFFICE OF DANIEL R. WHITMORE**

By: */s/ Daniel R. Whitmore*
Daniel R. Whitmore, WSBA # 24012
dan@whitmorelawfirm.com

**BADGLEY MULLINS TURNER PLLC**

By: */s/ Duncan C. Turner*
Duncan C. Turner, WSBA # 20597
dturner@badgleymullins.com

*/s/ Mark A. Trivett*
Mark A. Trivett, WSBA # 46375
mtrivett@whitmorelawfirm.com

Attorneys for Plaintiff
MOHAMUD SHARAWE

DATED this 14th day of June, 2022

**CLYDE & CO US LLP**

By: */s/ Alex E. Potente*
Alex E. Potente, WSBA No. 48858
alex.potente@clydeco.us

By: */s/ Laura Hawes Young*
Laura Hawes Young, WSBA No. 39346
laura.hawesyoung@clydeco.us

Withdrawing Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

---

**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**
**[W.D. WASH. NO. 2:21-CV-01466-JHC]** - 2-

CLYDE & CO US LLP
150 CALIFORNIA STREET, 15TH FL.
SAN FRANCISCO, CA 94111
(415) 365-9800 FAX (415) 365-9801

1 | DATED this 14th day of June, 2022

**DUANE MORRIS LLP**

By: _/s/ Jessica E. LaLonde_
Jessica E. LaLonde, WSBA No. 56399
JELaLonde@duanemorris.com

Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
P: (415) 957-3225
F: (415)520-9395

By: _/s/ Hari Kumar_
Hari Kumar, WSBA No. 53597
HKumar@duanemorris.com

Pioneer Building
600 1st Avenue
Seattle, WA 98104
P: (415) 957-3034
F: (206) 299-9661

Substituting Attorneys for Defendant
INDIAN HARBOR INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of June, 2022.

_____
John H. Chun
United States District Judge

**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**
**[W.D. WASH. NO. 2:21-CV-01466-JHC]**   - 3-

CLYDE & CO US LLP
150 CALIFORNIA STREET, 15TH FL.
SAN FRANCISCO, CA 94111
(415) 365-9800 FAX (415) 365-9801

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Daniel R. Whitmore<br>Law Offices of Daniel R. Whitmore<br>6840 Fort Dent Way, Suite 210<br>Tukwila, WA 98188<br>Tel:   (206) 329-8400<br>Fax:   (206) 329-8401<br>Email:   dan@whitmorelawfirm.com<br>Via CM/ECF and email | Attorney for Plaintiff and the Class |
| Duncan C. Turner<br>Mark A. Trivett<br>Badgley Mullins Turner PLLC<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Tel:   (206) 621-6566<br>Fax:   (206) 621-9686<br>Email:   dturner@badgleymullins.com<br>            mtrivett@badgleymullins.com<br>Via CM/ECF and email | Attorney for Plaintiff and the Class |
| Jessica LaLonde<br>Duane Morris LLP<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Tel:   (415) 957-3225<br>Fax:   (415) 520-9395<br>Email:   JELaLonde@duanemorris.com | Substituting Attorneys for Defendant |
| Hari Kumar<br>Duane Morris LLP<br>Pioneer Building<br>600 1st Avenue<br>Seattle, WA 98104<br>Tel:   (415) 957-3034<br>Fax:   (206) 299-9661<br>Email:   HKumar@duanemorris.com<br>Via email | |

*/s/ Andrea Mackenzie*
Andrea Mackenzie

STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR DEFENDANT
[W.D. WASH. NO. 2:21-CV-01466-JHC]      - 4-

CLYDE & CO US LLP
150 CALIFORNIA STREET, 15TH FL.
SAN FRANCISCO, CA 94111
(415) 365-9800 FAX (415) 365-9801