UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMUD SHARAWE, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INDIAN HARBOR INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-01466-JHC<br><br>ORDER |

　　　On July 14, 2022, the Court entered an order dismissing Plaintiff Mohamud Sharawe's complaint without prejudice. Dkt. # 26. The Court granted Plaintiff until July 29, 2022 to file an amended complaint. *Id.* That deadline has passed, and Plaintiff has failed to file an amended complaint or any other submission in response to the Court's July 14, 2022 order. *See generally* Dkt. Accordingly, the Court DISMISSES the complaint WITH PREJUDICE. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address, and to close this case.

　　　Dated this 8th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　*/s/ John H. Chun*
　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1