# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MOHAMUD SHARAWE, an individual, on behalf of himself and all others similarly situated<br><br>      Plaintiff,<br> v.<br><br>INDIAN HARBOR INSURANCE COMPANY, a foreign insurer<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-01466-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Mohamud Sharawe's complaint is DISMISSED WITH PREJUDICE.

Dated August 8, 2022.

                Ravi Subramanian
                Clerk of Court


                */s/Ashleigh Drecktrah*
                Deputy Clerk